IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Edward S. McLarnon** <br> **Plaintiff** <br> v. <br> DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2007-5, et al; ABLITT/SCOFIELD, et al/ ABLITT LAW GROUP, et al/CONNOLLY, GEANY, ABLITT & WILLARD, et al; AMANDA CALIFANO; CHRISTINE BENWAY; MARINOSCI LAW GROUP, et al; BRIAN KISER; HINSHAW & CULBERTSON, et al; GREGORY BOMBARD; MAURA MCKELVEY; BRADFORD R. CARVER; VALERIE DOBLE; JUSTIN M. FABELLA; OCWEN FINANCIAL SERVICES, et al. <br> **Defendants** | Case #14-cv-13233 <br> from Case #14-6276 |

## MOTION TO COMPEL DEFENDANTS PRODUCE THE PROMISSORY NOTE USED TO FORECLOSE AND EVICT PLAINTIFF (RULE 26)

1. Now comes plaintiff in the above-captioned matter, Edward S. McLarnon, a natural person residing in the Commonwealth of Massachusetts with all the rights, privileges and immunities thereof, a pro se litigant who does not knowingly or unwittingly relinquish any of his natural and constitutionally protected rights.

2. Plaintiff has been denied Discovery since January 2013 despite filing Motions to Compel in the state courts listed below - and requests this Honorable Court issue an order for defendants to produce the mandatory promissory note [that isn't still frozen in a bankruptcy trust] used to gain orders for foreclose and eviction and the dismissal of plaintiff's USDC 42 §1983 Complaint pursuant to FRCP Rule 26 compliance with Discovery, or in the alternative issue an order to vacate said orders for foreclosure (Middlesex Superior Court #2009-3136 and eviction (Malden District Ct #1350U000183) pursuant to FRCP Rule 60 "Relief from Judgment".

Respectfully submitted under pains and penalties of perjury this 18th day of August 2014 by

*Edward S. McLarnon* (signature)
Edward S. McLarnon
Pro se litigant
49 Hanover Street
Malden MA 02148
617 763 9378

**Certificate of Service**: Plaintiff hereby certifies that on August 19, 2014 plaintiff served a copy of the above motion to defendants' attorneys at: Hinshaw & Culbertson 28 State Street 24th Floor Boston, MA 02109
    Atty. Edward J. Mulligan 50 Park Row West, suite 111 Providence, RI 02903
    Trial Division, Office of the Attorney General One Ashburton Place, Boston 02108
    Connolly, Geany, Ablitt & Willard 304 Cambridge Rd. Ste. 400, Woburn, MA 01801